**DISMISS; Opinion Filed May 28, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01352-CV

### GENERAL PACKAGING CORPORATION, Appellant
### V.
### LEONARDO HERNANDEZ GARCIA, Appellee

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-13137-D**

## MEMORANDUM OPINION

Before Justices Francis, Lang, and Myers
Opinion by Justice Myers

The Court has before it appellant's May 27, 2015 "Unopposed Motion to Dismiss Appeal." The motion states that the parties have resolved their differences and requests, in accordance with the agreement reached between the parties, that we dismiss the appeal, with attorneys' fees and costs to be borne by the parties incurring the same. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a).

141352F.P05

/ Lana Myers/
LANA MYERS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

GENERAL PACKAGING
CORPORATION, Appellant

No. 05-14-01352-CV      V.

LEONARDO HERNANDEZ GARCIA,
Appellee

On Appeal from the 95th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-13-13137-D.
Opinion delivered by Justice Myers. Justices
Francis and Lang participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 28th day of May, 2015.